Eveready Thread & Yarn Co., Inc., Appellant, *v.* Rental Tools & Equipment Co., Inc.

Argued March 19, 1974. *Robert A. Korn,*

with him *Kahn, Bushman, Rosenberg & Weisberg*, for appellant; *Roderick D. Mathewson*, for appellee.

OPINION PER CURIAM : The order opening the judgment is reversed and the case remanded to take depositions under the petition to open and answer.